UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MUHAMMED SARFRAZ, M.D., MUHAMMED           Hon. Arthur D. Spatt
K. QADRI, M.D. and JOHN WANG, M.D.,
      *Plaintiffs/Counterclaim-Defendants,*           09-CV-0168 (ADS)

      -against-                                                   CONSENT TO SUBSTITUTION
                                                                          OF COUNSEL
VOHRA HEALTH SERVICES, P.A.,
      *Defendant/Counterclaim-Plaintiff.*
-------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED THAT Rompel Sachdeva-Alam, Esq., 252 Glen Avenue, Palisades Park, NJ 07650, be substituted as attorney of record for the undersigned party, Plaintiff MUHAMMED K. QADRI, M.D., in the above-entitled action in place of ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP as of the date hereof.

     IT IS FURTHER STIPULATED AND AGREED BY THE UNDERSIGNED THAT this Consent to Substitution of Counsel may be signed in counterparts and/or by facsimile transmission and that each signatures shall have the same force and effect if it were an original.

Dated: Palisades Park, NJ
       April 16, 2010

                                                                 _____
                                                               PLAINTIFF MUHAMMED K. QADRI, M.D.

<u>Prior Attorney:</u>

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLP
1111 Marcus Avenue - Suite 107
Lake Success, NY 11042
*Tel.* 516.328.2300

By: _____
Harry C. Demiris, Jr., Esq.

<u>New Attorney:</u>

LAW OFFICE OF ROMPEL SACHDEVA-ALAM
252 Glen Avenue
Palisades Park, NJ 07650
Tel. 201.482.4360
Facsimile 201.482.4379
Email. alamesq@gmail.com

By: _____
Rompel Sachdeva-Alam, Esq.

To:   Jason Casero, Esq.
      McDermott, Will & Emery, LLP
      *Attorneys for Defendant/Counterclaim-Plaintiff*
      340 Madison Avenue
      New York, NY 10017
      Tel. 212.547.5400

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MUHAMMED SARFRAZ, M.D., MUHAMMED　　　　　Hon. Arthur D. Spatt
K. QADRI, M.D. and JOHN WANG, M.D.,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　09-CV-0168 (ADS)

　　　　　*Plaintiffs/Counterclaim-Defendants,*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**AFFIRMATION OF SERVICE**

　　　　　-against-

VOHRA HEALTH SERVICES, P.A.,

　　　　　*Defendant/Counterclaim-Plaintiff.*
-------------------------------------------------------------------X

　　　　ROMPEL SACHDEVA-ALAM, an attorney licensed to practice in the State of New York and before the Eastern District of New York, affirms under penalty of perjury:

On April 27, 2010, your affirmant served a copy of the attached Consent to Substitution of Counsel to the following parties via first-class U.S. mail:

> Harry C. Demiris, Jr., Esq.
> ABRAMS, FENSTERMAN, FENSTERMAN,
> EISMAN, GREENBERG, FORMATO &
> EINIGER, LLP
> *Attorneys for Plaintiffs Muhammed Sarfraz M.D.
> and John Wang, M.D.*
> 1111 Marcus Avenue - Suite 107
> Lake Success, NY 11042
> Tel. 516.328.2300
>
> Jason Casero, Esq.
> McDermott, Will & Emery, LLP
> *Attorneys for Defendant/Counterclaim-Plaintiff*
> 340 Madison Avenue
> New York, NY 10017
> Tel. 212.547.5400
>
> _____
> ROMPEL SACHDEVA-ALAM, ESQ.