UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MUHAMMAD SARFRAZ, M.D., MUHAMMED K.　　STIPULATION OF VOLUNTARY
QADRI, M.D., and JOHN WANG, M.D.,　　　　　DISMISSAL PURSUANT TO
　　　　　　　　　　　　　　　　　　　　　　　　　　　F.R.C.P. 41(a)(1)(A)(ii)
　　　　Plaintiffs/Counterclaim Defendants,

　　　　-against-　　　　　　　　　　　　　　　　　Hon. Arthur D. Spatt
　　　　　　　　　　　　　　　　　　　　　　　　　　　09 Civ. 0168 (ADS)(ETB)
VOHRA HEALTH SERVICES, P.A.,

　　　　Defendant/Counterclaim Plaintiff.
----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, by Plaintiffs/Counterclaim Defendants, MUHAMMAD SARFRAZ, M.D. and JOHN WANG, M.D. as against Defendant/Counterclaim Plaintiff VOHRA HEALTH SERVICES, P.A., with prejudice, and by Defendant/Counterclaim Plaintiff VOHRA HEALTH SERVICES, P.A. against Plaintiffs/Counterclaim Defendants, MUHAMMAD SARFRAZ, M.D. and JOHN WANG, M.D., with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER STIPULATED AND AGREED, that the caption in this action be amended to read as follows:

[Remainder of Page Intentionally Left Blank]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MUHAMMED K. QADRI, M.D.,

        Plaintiff/Counterclaim-Defendant,

    -against-

VOHRA HEALTH SERVICES, PA,

        Defendant/Counterclaim-Plaintiff,
---------------------------------------------------------------X

Hon. Arthur D. Spatt
09-CV-0168 (ADS)

By: HARRY C. DEMIRIS, JR.

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLP
Attorneys for Plaintiffs/
Counterclaim Defendants
MUHAMMED SARFRAZ, M.D. and
JOHN WANG, M.D.
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042
(516) 592-6757

Dated: 8/23/10

BY: JASON CASERO, ESQ.

McDERMOTT, WILL & EMERY, LLP
Attorneys for Defendant/
Counterclaim Plaintiff
VOHRA HEALTH SERVICES, PA
340 Madison Avenue
New York, New York 10017
(212) 547-5400

Dated: 8/23/10