UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
MUHAMMED K. QADRI, M.D.,

                                   Plaintiff(s),        <u>ORDER</u>

        -against-                              CV 09-0168 (ADS) (ETB)

VOHRA HEALTH SERVICES, P.A.,

                                   Defendant(s).
----------------------------------------------------------------------------X

      Discovery is certified as complete.  This case is trial ready.

      Plaintiff's counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
         September 21, 2010

                                            /s/ E. Thomas Boyle
                                            E. THOMAS BOYLE
                                            United States Magistrate Judge