# Memorandum

**To:**        Mary Ellen Schaffner, Deputy to Judge Spatt

**From:**      Dolores Joy, Judicial Assistant to Magistrate Judge Boyle

**Subject:**   <u>Qadri v. Vohra Health Services, P.A.</u>
               CV 09-0168

**Date:**      September 21, 2010

---

Discovery is certified as complete.  This action is trial ready.