# McDermott Will & Emery

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan
Munich   New York   Orange County   Rome   San Diego   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Jason Casero
Associate
jcasero@mwe.com
+1 212 547 5676

October 21, 2010

**VIA ELECTRONIC FILING**

Hon. Arthur D. Spatt
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Re:  Muhammed Qadri v. Vohra Health Services, PA, 09-CV-00168 (ADS)(ETB)

Dear Judge Spatt:

My firm represents Vohra Health Services, PA ("Vohra"), the Defendant/Counterclaim-Plaintiff in the above-referenced action. Although this Court's rules do not appear to require it, the parties jointly write this letter in an effort to keep the Court apprised of the status of summary judgment proceedings.

Both parties intend to move for summary judgment, and have therefore exchanged Rule 56.1 statements pursuant to Rule IV(D)(i).[1] Due to scheduling conflicts (including the pending birth of a baby to the wife of counsel appearing in this matter), the parties have agreed upon the following dates for the completion of the pre-motion process:

| | |
|---|---|
| November 8, 2010 | Last day to serve counter-statements pursuant to Rule IV(D)(i) |
| November 25, 2010 | Last day to serve upon the court requests for pre-motion conference pursuant to Rule IV(D)(ii) |

I am aware that counsel for Qadri has requested and been granted an extension of her time to serve upon the Court a request for pre-motion conference pursuant to Rule IV(D)(ii). (*See* Pacer Doc. 40.) This request was made prior to a recent conference between counsel. Therefore, I am uncertain how that request affects the schedule outlined above.

Counsel for the parties respectfully submit that coordinating the schedule so that both parties' papers are due on the same days will minimize any potential confusion and increase the efficiency of the process.

---

[1] All references to the Rules follow from the "Individual Motion Practices of Judge Arthur D. Spatt."

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue   New York, New York 10173-1922   Telephone: +1 212 547 5400   Facsimile: +1 212 547 5444   www.mwe.com

Hon. Arthur D. Spatt
October 21, 2010
Page 2

Accordingly, the parties jointly seek the endorsement of the Court with regard to the proposed schedule.

Respectfully,

Jason Casero
*Counsel for Vohra Health Services, P.A.*

cc:   Rompel Sachdeva-Alam, Esq. (via electronic mail)
      *Counsel for Muhammed K. Qadri, M.D.*

Request granted.

So Ordered: _____
             U.S.D.J. Arthur D. Spatt

10/22/10

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.

NYK 1356540-1.077185.0012