UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x
MUHAMMED K. QADRI, M.D.

        Plaintiff/Counterclaim-Defendant,

    -against-

VOHRA HEALTH SERVICES, PA,

        Defendant/Counterclaim-Plaintiff,
----------------------------------------------------------x

Hon. Arthur D. Spatt
09-CV-0168 (ADS)

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, by Plaintiff / Counterclaim-Defendant, MUHAMMED K. QADRI, M.D., as against Defendant / Counterclaim-Plaintiff, VOHRA HEALTH SERVICES, PA, with prejudice, and by Defendant / Counterclaim-Plaintiff, VOHRA HEALTH SERVICES, PA, against Plaintiff / Counterclaim-Defendant, MUHAMMED K. QADRI, M.D., with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 12, 2011

McDERMOTT WILL & EMERY LLP

_____
Michael G. Austin, Esq. (admitted *pro hac vice*)
Jason Casero, Esq.
340 Madison Avenue
New York, New York 10173

*Attorney for Defendant / Counterclaim-Plaintiff
Vohra Health Services, PA*

- 1 -

LAW OFFICES OF ROMPEL SACHDEVA-ALAM, ESQ.

_____
Rompel Sachdeva-Alam, Esq.
252 Glen Avenue
Palisades Park, NJ 07650
*Attorneys for Plaintiffs/Counterclaim-Defendant
Muhammed K. Qadri, M.D.*

DM_US 28603931-1.T07997.0010